IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MILAGROS JOHNSON, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> AVEN FINANCIAL, INC d/b/a Aven., <br><br> Defendant. | Case No. 6:22-cv-01648-WWB-EJK |

## NOTICE OF SETTLEMENT

Defendant Aven Financial, Inc. notifies the Court that the parties have resolved this matter on an individual, non-class basis. *See* L.R. 3.09. The parties are now in the process of finalizing the terms of the settlement and memorializing the same. Aven accordingly requests that the Court vacate all pending deadlines and allow the parties sixty (60) days to file a stipulation of dismissal with prejudice.

Respectfully submitted this 9th day of December 2022.

**KABAT CHAPMAN & OZMER LLP**

/s/ *Matthew A. Keilson*
Ryan D. Watstein (Fla. Bar No. 93945)
Matthew A. Keilson (Fla. Bar No. 1002294)
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363
Tel: (404) 400-7300
Fax: (404) 400-7333
Email: rwatstein@kcozlaw.com
　　　　mkeilson@kcozlaw.com

*Attorneys for Defendant Aven Financial Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I filed a copy of the foregoing with the Clerk of Court via the Court's electronic filing system, which will send notice of electronic filing to all counsel of record.

/s/ *Matthew A. Keilson*
Matthew A. Keilson
Florida Bar No. 1002294
